UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ELIZABETH L. KLINE, )
)
                Plaintiff, ) Case No. 2:09-cv-02317-GMN-GWF
)
vs. ) **ORDER**
)
JOHN JOSEPH BELLAVE, *et al.*, )
)
                Defendants. )
)

      This matter is before the Court on Plaintiff Elizabeth L. Kline's Letter Requesting the Status of this Action (#17), filed July 27, 2011.  The following discussion of the procedural history of this case shall serve as a status update to Plaintiff.

      On July 19, 2010, Plaintiff filed a Motion for Judgment on the Pleadings (#11).  The Court denied the motion without prejudice on August 25, 2010, stating that Plaintiff had not accounted for funds paid to her by Defendants in the amount requested in her prayer for relief.  (#13).  As a result, the Court denied the motion and granted Plaintiff leave to re-file her motion for judgment on the pleadings clarifying the amount of damages.  On April 15, 2011, Plaintiff filed her first amended motion for judgment on the pleadings (#18).  The motion is under review.  Accordingly,

      **IT IS HEREBY ORDERED** that the Clerk of the Court shall mail the following documents to the most recent address on file for Plaintiff: a copy of the present order and a copy of the docket report for case no. 2:09-cv-2317-GMN-GWF.

      DATED this 3rd day of August, 2011.

                                                                     **GEORGE FOLEY, JR.**
                                                                     **UNITED STATES MAGISTRATE JUDGE**